# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Rubio-Delgado, individually, on behalf of other similarly situated indvdiuals, and on behalf of the general public,<br><br>    Plaintiff,<br><br>v.<br><br>Aerotek, Inc.,<br>    Defendant. | Case No.:3:13-cv-03105-SC<br><br>[~~PROPOSED~~] ORDER |

Based on good cause shown in Plaintiff's Motion for Administrative Relief, IT IS HEREBY ORDERED that Anna P. Prakash may appear on behalf of Plaintiff ~~at the October 11, 2013 Initial Case Management Conference *[in the alternative*~~, IT IS HEREBY ORDERED that the October 11, 2013 Initial Case Management Conference is CONTINUED to November ~~1 [or~~] 15, 2013 at 10:00 a.m.*]*.

Dated:  08/29/2013

_____
Hon. Samuel Conti
United States Senior District Judge

PROPOSED ORDER
Case No. 3:13-cv-03105-SC