1  SEE COUNSEL LIST ON NEXT PAGE

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6                         SAN FRANCISCO DIVISION

7

8  | JOSE RUBIO-DELGADO, individually, on behalf of other similarly situated individuals, and on behalf of the general public, | Case No. 13-CV-3105-SC |
   |---|---|
   |  | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
   | Plaintiff, | |
   | v. | **Date:** Aug. 28, 2015<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Samuel Conti<br>**Courtroom:** 1 (17th Floor) |
   | AEROTEK, INC., | |
   | Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        Case No. 13-cv-3105-SC

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone:  (310) 430-9933
Fax:      (323) 563-3445

NICHOLS KASTER, PLLP
Rebekah L. Bailey, CA Bar No. 258551
bailey@nka.com
E. Michelle Drake, MN Bar No. 0387366*
drake@nka.com
Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Joseph C. Hashmall, MN Bar No. 0392610*
jhashmall@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax:     (612) 338-4878
*admitted *pro hac vice*

Attorneys for Individual and Representative Plaintiff
JOSE RUBIO-DELGADO

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
AEROTEK, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

Pursuant to Local Rule 7-12, Plaintiff Jose Rubio-Delgado ("Plaintiff") and Defendant Aerotek, Inc. ("Defendant") (collectively the "parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS on July 24, 2015, this Court set a case management conference for August 28, 2015, and August 21, 2015 as a deadline for filing an updated case management conference statement;

WHEREAS lead counsel for Defendant has vacation scheduled from August 20, 2015 through August 30, 2015;

WHEREFORE, the parties respectfully request that the Court continue the case management conference to September 11, 2015 and the deadline to submit a case management conference statement to September 4, 2015.

**IT IS SO STIPULATED:**

Dated: July 28, 2015            /s/ Michelle Drake
                                Michelle Drake
                                NICHOLS KASTER, PLLP
                                Attorneys for Individual and Representative
                                Plaintiff JOSE RUBIO-DELGADO

Dated: July 28, 2015            /s/ Rod M. Fliegel*
                                Rod M. Fliegel
                                LITTLER MENDELSON, P.C.
                                Attorneys for Defendant AEROTEK, INC.

*I, Rod M. Fliegel, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff's counsel, Michelle Drake, has concurred in this filing.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE       1.       Case No. 13-cv-3105-SC

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the Case Management Conference previously scheduled for August 28, 2015 is hereby continued to September 11, 2015 at 10:00 a.m. in Department 1 of this Court. The parties are to file a Case Management Statement by September 4, 2015.

Dated: ____07/28____, 2015



_____
THE HONORABLE SAMUEL CONTI
JUDGE, UNITED STATES DISTRICT COURT

Firmwide:134956252.1 071691.1029

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   2.   Case No. 13-cv-3105-SC