1 | SEE COUNSEL LIST ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RUBIO-DELGADO, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>    Plaintiff,<br><br>v.<br><br>AEROTEK, INC.,<br><br>    Defendant. | Case No. 13-CV-3105-SC<br><br>JOINT STIPULATION AND [~~PROPOSED~~] MODIFIED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:     Sept. 11, 2015<br>Time:    10:00 a.m.<br>Judge:   Hon. Samuel Conti<br>Courtroom: 1 (17th Floor) |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

| | |
|---|---|
| 1  THE LAW OFFICES OF DEVIN H. FOK<br>   Devin H. Fok (SBN #256599)<br>2  devin@devinfoklaw.com<br>   P.O. Box 7165<br>3  Alhambra, CA 91802-7165<br>4  Phone: (310) 430-9933<br>   Fax:    (323) 563-3445<br>5<br>   NICHOLS KASTER, PLLP<br>6  Rebekah L. Bailey, CA Bar No. 258551<br>   bailey@nka.com<br>7  E. Michelle Drake, MN Bar No. 0387366*<br>8  drake@nka.com<br>   Anna P. Prakash, MN Bar No. 0351362*<br>9  aprakash@nka.com<br>   Joseph C. Hashmall, MN Bar No. 0392610*<br>10 jhashmall@nka.com<br>   4600 IDS Center<br>11 80 South 8th Street<br>12 Minneapolis, MN 55402<br>   Phone: (612) 256-3200<br>13 Fax:   (612) 338-4878<br>   *admitted *pro hac vice*<br>14<br>   Attorneys for Individual and Representative Plaintiff<br>15 JOSE RUBIO-DELGADO | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com<br>ALISON S. HIGHTOWER, Bar No. 112429<br>ahightower@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California  94108.2693<br>Telephone:  415.433.1940<br>Facsimile:  415.399.8490<br><br>Attorneys for Defendant<br>AEROTEK, INC. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

Pursuant to Local Rule 7-12, Plaintiff Jose Rubio-Delgado ("Plaintiff") and Defendant Aerotek, Inc. ("Defendant") (collectively the "parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS on July 27, 2015, this Court set a case management conference for August 28, 2015, and August 21, 2015 as a deadline for filing an updated case management conference statement (Doc. #59);

WHEREAS the conference was continued to September 11, 2015 and the deadline for filing an updated case management conference statement continued to September 4, 2015, to accommodate the planned vacation of lead counsel for Defendant (Doc. #61);

WHEREAS Defendant filed on August 21, 2015 a motion to stay this entire action, set to be heard on September 25, 2015 (Doc. #62);

WHEREAS if the Court grants Defendant's motion to stay in whole or in part, it would affect the case management of this action and thus holding a case management conference after the pending motion would promote the efficiencies of the parties and potentially the Court;

WHEREFORE, the parties respectfully request that the Court continue the case management conference to the same day as the hearing on the pending motion to stay (September 25, 2015) and continue the deadline to submit a case management conference statement to September 18, 2015.

**IT IS SO STIPULATED:**

Dated: August 25, 2015

/s/ Anna P. Prakash
Anna P. Prakash
NICHOLS KASTER, PLLP
Attorneys for Individual and Representative Plaintiff JOSE RUBIO-DELGADO

Dated: August 25, 2015

/s/ Alison S. Hightower*
Alison S. Hightower
LITTLER MENDELSON, P.C.
Attorneys for Defendant AEROTEK, INC.

*I, Alison S. Hightower, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff's counsel, Anna P. Prakash, has concurred in this filing.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP/ORDER TO CONTINUE CMC MANAGEMENT CONFERENCE   1.   Case No. 13-cv-3105-SC

## ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the Case Management Conference previously scheduled for September 11, 2015 is hereby continued to ~~September 25, 2015~~ October 23, 2015 at 10:00 a.m. in Department 1 of this Court. The parties are to file a Case Management Statement by ~~September 18, 2015~~ October 16, 2015.

Dated: __08/26__, 2015

_____
THE HONORABLE SAMUEL CONTI
JUDGE, USDC, NORTHERN DISTRICT

Firmwide:135532510.1 071691.1029

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP/ORDER TO CONTINUE CMC CASE MANAGEMENT CONFERENCE       2.       Case No. 13-cv-3105-SC