IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBIO-DELGADO, SHALANDA BURGESS, AND HARRIETTA HUBBARD, INDIVIDUALLY, ON BEHALF OF OTHER SIMILARLY SITUATED INDIVIDUALS, AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>          Plaintiffs,<br><br>     v.<br><br>AEROTEK, INC.,<br><br>          Defendant. | Case No. 13-cv-03105-SC<br><br>ORDER GRANTING DEFENDANT'S <u>MOTION TO STAY</u> |

Now before the Court is Defendant Aerotek's motion to stay. ECF No. 62. The motion is unopposed. ECF No. 65. The motion is appropriate for resolution without oral argument. Civ. L.R. 7-1(b). For the reasons set forth below, the motion is GRANTED.

Plaintiff's putative class action for statutory damages based on an alleged willful violation of the Fair Credit Reporting Act ("FCRA") will be potentially disposed of by decisions in cases pending in the United States Supreme Court and one pending in the Ninth Circuit. First, the pending Ninth Circuit appeal in <u>Syed v. M-1, LLC</u>, No. 14-17186 (9th Cir. 2014), will decide whether the

inclusion of a liability release in a disclosure or authorization form such as the one Aerotek provided Plaintiff here can establish a "willful" FCRA violation -- one of Plaintiff's key contentions. Second, the Supreme Court's decision in <u>Spokeo, Inc. v. Robins</u>, 135 S. Ct. 1892, No. 13-1339 (2015) is likely to bear on whether this Court has subject matter jurisdiction over Plaintiff's claim since he claims to have Article III standing under FCRA by virtue of Congress having authorized suit based on a bare violation of a federal statute.

    Accordingly, this action is stayed in its entirety. Upon a final decision being rendered by the Ninth Circuit in <u>Syed</u> or the Supreme Court in <u>Spokeo</u>, whichever is earlier, Counsel shall meet and confer promptly on whether the stay should remain in effect pending whichever case remains to be resolved, or whether some other action is warranted. Counsel shall promptly request a status conference and provide the Court an updated status conference report seven (7) days in advance of that conference. The stay hereby ordered will lift seven days after the status conference, unless the Court issues a further stay.

    IT IS SO ORDERED.

Dated: September 22, 2015

_____
UNITED STATES DISTRICT JUDGE

2