THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

NICHOLS KASTER, PLLP
Rebekah L. Bailey, CA Bar No. 258551
bailey@nka.com
E. Michelle Drake, MN Bar No. 0387366*
drake@nka.com
Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Joseph C. Hashmall, MN Bar No. 392610*
jhashmall@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
*admitted *pro hac vice*

Attorneys for Individual and Representative Plaintiff

[Attorneys for Defendant on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Rubio-Delgado, individually, on behalf of other similarly situated indivdiuals, and on behalf of the general public,<br><br>          Plaintiff,<br><br>v.<br><br><br>Aerotek, Inc.,<br>          Defendant. | Case No.:3:13-cv-03105-CRB<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6<br>Date: November 20, 2015<br>Time: 8:30 AM<br><br>Complaint Filed: July 3, 2013 |

1  Plaintiff Jose Rubio-Delgado ("Plaintiff") and Defendant Aerotek, Inc.
2  ("Defendant") (collectively the "parties"), by and through their counsel, hereby
3  STIPULATE and AGREE as follows:

4  WHEREAS, on August 21, 2015, Defendant filed a Motion to Stay this Action
5  pending the resolution of one of two pending cases, *Syed v. M-I, LLC*, No. 14-17186 (9th
6  Cir. 2014) and *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892, No. 13-1339 (2015) (ECF No.
7  62);[1]

8  WHEREAS, Plaintiff filed a Statement of Non-Opposition on September 4, 2015
9  (ECF No. 65);

10  WHEREAS, the Court granted Defendant's Motion on September 22, 2015 (ECF
11  No. 67) which stayed this matter pending the resolution of either *Syed* or *Spokeo*,
12  whichever is resolved earlier, and ordered the parties to meet and confer following such
13  resolution, promptly request a status conference and provide the Court with an updated
14  status conference report seven (7) days prior to that conference;

15  WHEREAS, this action was reassigned to the Honorable Charles R. Breyer after
16  the retirement of the Honorable Samuel Conti (ECF No. 69), and the Court thereafter set a
17  November 20, 2015 Case Management Conference and related meet and confer and case
18  management statement deadlines (ECF No. 70);

19  WHEREAS, the parties have a mediation tentatively scheduled for January 13,
20  2016 before mediator Eric Green;

21  WHEREFORE, the parties respectfully request that the September 22, 2015 Order
22  staying this case should be maintained, and the November 20, 2015 Case Management
23  Conference and related meet and confer and case management statement deadlines should
24  therefore be vacated pending the resolution of either *Syed* or *Spokeo*, whichever is
25  resolved earlier.

---

[1] For the Court's convenience, copies of the ECF dockets referenced herein are attached to this Stipulation.

-2-

| | | |
|---|---|---|
| 1 | Dated: November 11, 2015 | NICHOLS KASTER, PLLP |
| 2 | | By: /s/Joseph C. Hashmall |
| 3 | | Joseph C. Hashmall (*pro hac vice*) |
| 4 | | ATTORNEY FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFF |
| 6 | Dated: November 11, 2015 | LITTLER MENDELSON, P.C. |
| 7 | | By: /s/Alison S. Hightower |
| 8 | | Rod M. Fliegel, Bar No. 168289 |
| | | rfliegel@littler.com |
| 9 | | Alison S. Hightower, Bar No. 112429 |
| | | ahightower@littler.com |
| 10 | | Roxanna Iran, Bar No. 273625 |
| | | riran@littler.com |
| 11 | | 650 California Street, 20th Floor |
| 12 | | San Francisco, CA 94108 |
| | | Telephone: 415-433-1940 |
| 13 | | Fax: 415-399-8490 |
| 14 | | ATTORNEYS FOR DEFENDANT |

IT IS SO ORDERED.  The November 20, 2015 Case Management Conference and related meet and confer and case management statement deadlines are accordingly VACATED.

Date:   Nov. 12, 2015

_____
Hon. Charles R. Breyer
United States District Judge

-3-

STIPULATION TO VACATE CMC
Case No. 3:13-cv-03105-CRB